**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WILLIAM HAVENS, | : | No. 151 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CNA FINANCIAL | : | |
| CORPORATION), | : | |
| | : | |
| Respondent | : | |
| WILLIAM HAVENS, | : | No. 152 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CNA FINANCIAL | : | |
| CORPORATION), | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.